IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DEPRIEST, INC. | ) ) |
| Defendant. | ) |

RECEIVED

CASE NO. 2007 JUL 23 P 4:25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

3:07cv670-WKW

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Plaintiff, CIT Technology Financing Services, Inc. ("CIT"), and pursuant to Federal Rule of Civil Procedure 7.1, identifies the following affiliated corporations:

1. CIT Group, Inc.,

2. Education Lending Group, Inc.,

3. CIT Holdings, LLC,

4. CIT Group (Australia) Limited,

5. CIT Funding Company of Canada,

6. CIT Credit Group USA, Inc.,

7. CIT Financial, Ltd.,

8. Capita Corporation.

*/s/ Benjamin S. Goldman*
_____
Douglas L. McCoy

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 694-6224
Fax: (251) 544-1623
Email: dmccoy@handarendall.com

                                      Benjamin S. Goldman
                                      Attorneys for the Plaintiff

HAND ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205) 324-4400
Fax: (205) 387-1303
Email: bgoldman@handarendall.com

**DEFENDANT TO BE SERVED BY CERTIFIED MAIL**

DePriest, Inc.
c/o Clifford DePriest, Registered Agent
2055 Kingsbury Drive
Montgomery, AL 36106

---

This Corporate Disclosure Statement is being served via certified mail along with the Summons and Complaint.

---