⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CIT TECHNOLOGY FINANCING
SERVICES, INC.

V.

DEPRIEST, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv670 -WKW

TO: (Name and address of Defendant)

DePriest, Inc.
c/o Clifford DePriest, Registered Agent
2055 Kingsbury Drive
Montgomery, AL 36106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin S. Goldman
Hand Arendall, L.L.C.
2001 Park Place North
1200 Park Place Tower
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                      7-25-07
CLERK                                                   DATE

_[signature]_
(By) DEPUTY CLERK