**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    DePriest, Inc.
    c/o Clifford DePriest, Reg. Agent
    2055 Kingsbury Drive
    Montgomery, AL 36106

2. Article Number
   (Transfer from service label)

   7005 2570 0001 2557 2927

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _Clifford DePriest_    8/1/07

D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:

   3:07cv670
   S&C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt                              102595-02-M-1540