IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CIT TECHNOLOGY FINANCING ) <br> SERVICES, INC., ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEPRIEST, INC., ) <br> Defendant. ) | CASE NO. 3:07-CV-00670-WKW-TFM |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW, Plaintiff CIT Technology Financing Services, Inc. (hereinafter "Plaintiff"), and respectfully moves this Court to enter an Order for Default Judgment against Defendant DePriest, Inc, (hereinafter "Defendant") in the above styled cause. As grounds for this Motion, the Plaintiff says:

1. On or about July 23, 2007, the Plaintiff filed its Complaint against the Defendant.

2. The Defendant was served with a Summons and a copy of the Complaint on August 1, 2007.

3. More than twenty (20) days have elapsed since the Defendant was served with the Summons and Complaint and said Defendant has failed to answer or otherwise defend against Plaintiff's Complaint.

4. This Motion is being filed in accordance with Rule 55 of the FRCP, for the purpose of enabling the Plaintiff to obtain an entry of default and default

judgment against the Defendant for failing to answer or otherwise defend against Plaintiff's Complaint.

5. The Defendant is not an infant or an incompetent person and there has been no violation of the provisions of Chapter 19, Title 5, *Code of Alabama 1975*.

6. Plaintiff's Complaint sought damages for Defendant's failure to pay for equipment that it leased from the Plaintiff (see Plaintiff's Complaint).

7. In support of this Motion, the Plaintiff files herewith the Affidavit of Benjamin S. Goldman, Esquire, attached hereto as Exhibit "A".

8. In further support of this Application, the Plaintiff files herewith the Affidavit of John S. Johnson, Esquire, attached hereto as Exhibit "B".

9. The Defendant owes the Plaintiff $99,727.93. Said amount represents the accelerated rent due to Plaintiff in the amount of $88,106.00, which accelerated rent includes $6,437.05 in use taxes, $305.82 in insurance fees, $900.06 in property taxes, $1,237.61 in interest (7% of each past due lease payment for 11 months, pursuant to the parties' Agreement) and reasonable attorney's fees in the amount of $10,384.32.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff requests that the Court enter the Proposed Order for Entry of Default, attached hereto as Exhibit "C", in its favor in the amount of ninety-nine thousand, seven hundred twenty-seven dollars and 93/100 ($99,727.93), which represents the past due amount owed

to Plaintiff pursuant to the parties' Lease Agreement, reasonable attorney's fees, and pre-judgment interest. The Plaintiff also requests that the Court order such other, further and different relief to which Plaintiff may be entitled.

/s/ Benjamin S. Goldman
Benjamin S. Goldman
Hand Arendall, L.L.C.
2001 Park Place North
Suite 1200
Birmingham, AL 35203
Phone: (205) 324-4400
Fax: (205) 322-1163
E-mail: bgoldman@handarendall.com

Douglas L. McCoy
Hand Arendall, L.L.C.
P.O. Box 123
Mobile, AL 36601
Phone: (251) 694-6224
Fax: (251) 544-1623
E-mail: dmccoy@handarendall.com

Attorneys for Plaintiff CIT Technology Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC., | ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:07-CV-00670-WKW-TFM |
| vs. | ) ) ) | |
| DEPRIEST, INC., | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I do hereby certify that I have, this 28th day of August, 2007, served a copy of the foregoing pleading on the following non-CM/ECF participant by placing a copy of same in United States Mail, properly addressed and first class postage prepaid, as follows:

DePriest, Inc.
c/o Clifford DePriest, Registered Agent
2055 Kingsbury Drive
Montgomery, AL 36106
**Pro Se Defendant**

_____
Of Counsel

4

Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CIT TECHNOLOGY FINANCING ) <br> SERVICES, INC., ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEPRIEST, INC., ) <br> Defendant. ) | CASE NO. 3:07-CV-00670-WKW-TFM |

### AFFIDAVIT OF BENJAMIN S. GOLDMAN

STATE OF ALABAMA )
                  )
JEFFERSON COUNTY )

Before me, the undersigned authority, personally appeared Benjamin S. Goldman, who is known to me, and who, after being sworn, deposes and says as follows:

1. My name is Benjamin S. Goldman. I am over the age of 19 years old. I am under no legal disability, and I am competent to make this Affidavit. I am a lawyer at Hand Arendall, LLC and serve as counsel of record for Plaintiff CIT Technology Financing Services, Inc. I have personal knowledge of the matters set forth below.

2. The Defendant was served with a Summons and a copy of the Complaint on August 1, 2007.

3. More than twenty (20) days have elapsed since the Defendant was served with the Summons and Complaint and said Defendant has failed to answer or otherwise defend against Plaintiff's Complaint.

4. The billing rate at which Hand Arendall billed and was compensated by CIT Technology Financing Services, Inc. for time in this matter is $320/hour for attorney Douglas L. McCoy's time, $270/hour for attorney Rodney R. Cate's time, $225/hour for my time, $120/hour for paralegal Laura Statum's time and $110/hour for paralegal Cynthia McCarthy's time.

Executed on this 28th day of August, 2007.

_____
Benjamin S. Goldman

Sworn to and subscribed before me this the 28th day of August, 2007.

_____
Notary Public
My commission expires: 7/19/2011

2

# Exhibit "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC., <br> Plaintiff, <br><br> vs. <br><br> DEPRIEST, INC., <br> Defendant. | CASE NO. 3:07-CV-00670-WKW-TFM |

## AFFIDAVIT OF JOHN S. JOHNSON

STATE OF ALABAMA )
                 )
JEFFERSON COUNTY )

Before me, the undersigned authority, personally appeared John S. Johnson, who is known to me, and who, after being sworn, deposes and says as follows:

1. My name is John S. Johnson, and I am a member of the Birmingham law firm of Hand Arendall, L.L.C. I was licensed to practice law in the State of Alabama in 1997, and I am a member in good standing with the Alabama State Bar Association. I have worked primarily in the field of litigation in my legal career, and I am generally familiar with the range of legal fees and expenses typically associated with litigation of the type set forth in the above-styled case.

2. I was asked by the law firm Hand Arendall, L.L.C. to render an opinion regarding the reasonableness and necessity of the attorneys' fees and expenses incurred by Plaintiff CIT Technology Financing Services, Inc. in the

prosecution of this suit to recover the fees and expenses against Defendant DePriest, Inc. under the Lease Agreement that existed between the parties. I have been advised that the Agreement and the expenses incurred by the Plaintiff have been previously provided or made available to the Defendant. I have reviewed billing statements indicating that the legal fees and expenses incurred by the Plaintiff through July 2007 amount to $10,384.32. The fees and expenses will continue to accumulate on this case as it progresses.

3. I have reviewed the litigation file maintained by the law firm of Hand Arendall, L.L.C. My review included a review of the various pleadings prepared and filed in the instant case, as well as correspondence to the Defendant attempting to resolve the issues that are the subject of this litigation prior to filing suit. I have also reviewed copies of the billings submitted by Hand Arendall, L.L.C. for the legal services associated with that work. I also have been advised of the hourly rates charged by the attorneys and paralegals that were incurred in connection with the legal service provided to Plaintiff as aforesaid.

4. It is my opinion and my belief that these rates are consistent with the rates customarily charged for similar legal services in Alabama. I am also familiar with the experience and qualification of the attorneys and paralegals who have performed these legal services. It is my opinion that the legal work performed and the fees charged by the law firm of Hand Arendall, L.L.C. were necessary,

reasonable and appropriate and that the number of hours charged in connection with the prosecution of this action against the Defendant were necessarily and reasonably incurred.

5. I have reviewed the subject Lease Agreement. It is my opinion that this Agreement obligates the Defendant to reimburse the Plaintiff for its attorneys' fees and costs incurred in the prosecution of the Plaintiff's claims against the Defendant in this litigation pursuant to the Agreement. I have also reviewed the Motion for Entry of Default Judgment to be filed by the Plaintiff and it is my opinion that the attorneys' fees incurred by the Plaintiff are part of the damages which are recoverable under the Motion for Entry of Default Judgment.

6. In conclusion, based upon my review of the file, the law firm billings, and other information obtained relating to the work performed and legal services rendered by the law firm of Hand Arendall, L.L.C., and based on my experience in litigation, it is my opinion that the hourly rates were reasonable, that the number of hours and the amount of expenses incurred in the prosecution of the Plaintiff's claims against the Defendant were reasonable and necessary. It is my opinion that the $10,384.32 incurred by the Plaintiff is reasonable in amount and was necessarily incurred pursuant to the Plaintiff's rights and the Defendant's obligations under the Agreement.

_____
John S. Johnson

Sworn to and subscribed before me this the 27th 28th day of August, 2007.

_____
Notary Public
My commission expires: 7/19/2011

Attorneys for Plaintiff
Benjamin S. Goldman
Hand Arendall, L.L.C.
2001 Park Place North
Suite 1200
Birmingham, AL 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163

Douglas L. McCoy
Hand Arendall, L.L.C.
P.O. Box 123
Mobile, AL 36601
Phone: (251) 694-6224
Fax: (251) 544-1623

4

Exhibit "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CIT TECHNOLOGY FINANCING ) <br> SERVICES, INC., ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEPRIEST, INC., ) <br>     Defendant. ) | CASE NO. 3:07-CV-00670-WKW-TFM |

### ORDER FOR ENTRY OF DEFAULT

This matter is before the Court for consideration of the Motion for Entry of Default Judgment filed by Plaintiff CIT Technology Financing Services, Inc., seeking an Entry of Default against Defendant DePriest, Inc. in the amount of $99,727.93. Said amount represents the accelerated rent due to Plaintiff in the amount of $88,106.00, which accelerated rent includes $6,437.05 in use taxes, $305.82 in insurance fees and $900.06 in property taxes. The total amount of default also includes interest in the amount of $1,237.61 (7% of each past due lease payment for 11 months, pursuant to the parties' Agreement) and reasonable attorney's fees in the amount of $10,384.32.

It is SO ORDERED, on this _____ day of _____, 2007, judgment by default for the Plaintiff and against the Defendant for ninety-nine thousand, seven hundred twenty-seven dollars and 93/100 ($99,727.93) with

waiver of exemptions as to personal property. In addition, all costs are taxed to the Defendant.

_____
The Honorable Terry F. Moorer
United States District Court Magistrate Judge