IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  CASE NO. 3:07-cv-670-WKW |
| DEPRIEST, INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

Plaintiff moves this court to enter an Order for Entry of Default Judgment against defendant. (Doc. # 5). Plaintiff has not secured the entry of default by the Clerk as contemplated by Rule 55(a) but has filed sufficient support for entry of default in its submissions with its motion. The court construes the motion as one for entry of default under Rule 55(a) and for default judgment under Rule 55(b). Accordingly, the Clerk is directed to enter default against the defendant. Upon entry of default, the court will consider the entry of a judgment. Plaintiff's motion is deemed GRANTED.

DONE this 11th day of September, 2007.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE