IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:07-cv-670-Wkw-TFM ) |
| DE PRIEST, INC., | ) ) |
| Defendant. | ) ) ) |

## ENTRY OF DEFAULT

It appearing that defendant DePriest, Inc., was duly served with a copy of the summons and complaint on August 1, 2007, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on August 28, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, DePriest, Inc.

DONE THIS  13th  day of  September , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA